# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Bankruptcy Case No. 22−20924 |
| | Chapter 13 |
| Delores L. Brown | |
| Debtor(s). | |
| | |
| Delores L. Brown | |
| | |
| Plaintiff(s), | |
| vs. | |
| Bayview Opportunity Master Fund IVB Grantor Trust 2018−Rn6; Argolian, LLC | |
| Defendant(s). | Adversary Proceeding No. 23−00021 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> The Western District of Tennessee requires electronic filing by attorneys in cases assigned to ECF (Electronic Case Filing). This is an ECF case. Documents should be filed via the Internet by attorney parties who have access to the electronic database. Attorneys who do not have access to file electronically, via ECF, must tender filings to the appropriate divisional Clerk's office on disc or cd, in pdf format. Non attorney filers, may tender filings on paper at the appropriate divisional Clerk's office. Attorneys may obtain an ECF login and password via this Court's website: http://www.tnwb.uscourts.gov/TNW/AttorneyECF.aspx
>
> If additional assistance is needed, contact the Clerk's office: http://www.tnwb.uscourts.gov/TNW/ContactUSMail.aspx.

Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed electronically with the court.

| Name, address, and e−mail address of Plaintiff's Attorney: | Michael Don Harrell<br>1884 Southern Avenue<br>Memphis, TN 38114−1751 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address<br>**UNITED STATES BANKRUPTCY COURT**<br>**200 Jefferson Avenue, Suite 500**<br>**Memphis, TN 38103** | Courtroom 630 |
|---|---|
| | June 13, 2023<br>10:30 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: April 18, 2023

**Lisa H. Haney**
**Clerk of the Bankruptcy Court**

By: Tonya Lepone




_____
Deputy Clerk

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of TN.)   **[sumnotcc038]**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                               Bankruptcy Case No. 22−20924
                                                   Chapter  13

Delores L. Brown
Debtor(s).

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING
## CERTIFICATE OF SERVICE

I, _____(Name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____(Date) by:

☐    Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐    Electronic Service (in a manner consistent with F.R.C.P.5(b)(2)(D):

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows:[Describe Briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe Briefly]

*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____      _____
        **Date**                                                **Signature**

| Print Name |
|---|
| Business Address |
| City      State      Zip |

United States Bankruptcy Court

Western District of Tennessee

Brown,
    Plaintiff

U.S. BANK,
    Defendant

Adv. Proc. No. 23-00021-deb

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-2 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Apr 18, 2023 | Form ID: sum1 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Argolian, LLC, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| pla | + | Delores L. Brown, 4441 Windward Drive, Memphis, TN 38109-5829 |
| dft | + | Land Home Financial Services, Inc, c.o Corporation Services Co., Agent, 2909 Poston Avenue, Nashville, TN 37203-1346 |
| dft | + | U.S. BANK, Trustee for Bayview Opportunity, 190 South LaSalle Street, 7th Floor, Chicago, IL 60603-3556 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Apr 18 2023 21:50:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael Don Harrell | |
| | on behalf of Plaintiff Delores L. Brown harrellandassoc@bellsouth.net |
| Webb Brewer | |
| | on behalf of Plaintiff Delores L. Brown webbbrewer@comcast.net |

District/off: 0651-2 | User: ao1492bnc | Page 2 of 2
Date Rcvd: Apr 18, 2023 | Form ID: sum1 | Total Noticed: 5
TOTAL: 2