FORM NO. 10 (LF010)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  
Delores L. Brown

Bankruptcy Case No. 22-20924

Chapter 13

Adversary Proceeding No. 23-00021

Debtor(s).

Plaintiff(s).

Defendant(s).

### CERTIFICATE OF SERVICE
### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

I, __MICHAEL DON HARRELL__ (Name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __APRIL 28, 2023__ (Date) by:

(✓) **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
Argolian, LLC
2003 Western Avenue, Suite 340
Seattle, WA 98121

( ) **Electronic Service** (in a manner consistent with F.R.C.P. 5(b)(2)(D):

( ) **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

( ) **Residence Service:** By leaving the process with the following adult at:

( ) **Publication:** The defendant was served as follows: [Describe Briefly]

( ) **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe Briefly]

*Under penalty of perjury, I declare that the foregoing is true and correct.*

06/09/2023             /s/ Michael Don Harrell  
**Date**             **Signature**

Print Name  
Atty. Michael Don Harrell, 1884 Southern Avenue  
Business Address

| Memphis | Tennessee | 38114 |
|---|---|---|
| City | State | Zip |

