FORM NO, 10  (LF010)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

Bankruptcy Case No.  **22-20924**

In re

Delores L. Brown

Chapter 13

Adversary Proceeding No.  23-00021

Debtor(s).

Plaintiff(s).

Defendant(s).

### CERTIFICATE OF SERVICE
### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

I, MICHAEL DON HARRELL _____(Name) , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was made MAY 1, 2023 _____(Date) by:

( ✓ )   **Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:**
US Bank, N.A., as Trustee for CB4b Grantor Trust 2016-1, 190 South LaSalle Street, 7th Floor, Chicago, Illinois 60603

( )   **Electronic Service (in a manner consistent with F.R.C.P. 5(b)(2)(D):**

( )   **Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:**

( )   **Residence Service: By leaving the process with the following adult at:**

( )   **Publication: The defendant was served as follows: [Describe Briefly]**

( )   **State Law:**     The defendant was served pursuant to the laws of the State of _____, as follows: [Describe Briefly]

*Under penalty of perjury, I declare that the foregoing is true and correct.*

06/09/2023 _____

**Date**

/s/ Michael Don Harrell _____

**Signature**

Print Name
Atty. Michael Don Harrell, 1884 Southern Avenue
Business Address

| Memphis | Tennessee | 38114 |
|---|---|---|
| City | State | Zip |



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

US Bank, N.A., as Trustee
for CBH6 Grantor Trust 2016-11
190 S. Lasalle Street, #744 FL
Chicago, IL 60603

COMPLETE THIS SECTION ON DELIVERY

A. Signature
✱ [signature]                                    ☐ Agent
                                                 ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
ANNE A REGENA                          6/1/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service la

   7018 2290 0000 4210 2079

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540