# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re<br>Delores L. Brown | Case No.   22–20924   deb<br>Chapter   13 |
| Debtor(s).<br>Delores L. Brown<br>Plaintiff(s),<br>vs.<br>U.S. BANK<br>Defendant(s). | Adv. Proc. No.  23–00021 |

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION RE FORM, MANNER AND SERVING OF NOTICE

23 – Response to (related document(s): 15 Motion to Dismiss Adversary Proceeding filed by Defendant Land Home Financial Services, Inc) Filed by Plaintiff Delores L. Brown (Harrell, Michael) on June 10, 2023.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **June 13, 2023 at  at  10:30 AM in the United States Bankruptcy Court, 200 Jefferson Ave., Room 630, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a)**.**

                              **Lisa H. Haney**
                              **CLERK OF COURT**
                              **BY:  Tonya Lepone**

**Date:   June 12, 2023**
[ntchrgcomb13lf005]Order/Notice combined Rel 11–03